FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA10-402M |
| JOHANNES VERMAAK, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _October 8_, _2010_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10/7/10_

MARC L. GOLDMAN
U.S. District Judge/Magistrate Judge